TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Eitan Blander

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| STARWORKS, LLC, | Case No. 19-13106 (JLG) |
| Debtor. | |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of Starworks, LLC, | |
| Plaintiff, | Adv. Pro. No. 21-01189 (JLG) |
| v. | |
| VICE HOLDING INC., VICE MEDIA LLC, ANDREW CREIGHTON, RICK WATERLOW, HOSI SIMON, JAMES GRANT, SVETLANA VARELJAN, STEPHANIE CHOUDRI, AND CORPORATE FINANCE GROUP, INC. | |
| Defendants. | |

**CERTIFICATE OF NO OBJECTION TO CHAPTER 7
TRUSTEE'S APPLICATION FOR AN ORDER APPROVING
<u>STIPULATIONS SETTLING ADVERSARY CLAIMS</u>**

TO THE HONORABLE JAMES L. GARRITY, JR.,
UNITED STATES BANKRUPTCY JUDGE:

    The undersigned counsel to Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "<u>Trustee</u>") of the above-captioned Debtor, respectfully states:

1. On December 6, 2022, the Trustee filed and served the *Notice of Hearing and Chapter 7 Trustee's Application for an Order Approving Stipulations Settling Adversary Claims* [Docket No. 61] [Adv. Pro. Docket No. 61](the "Motion").

2. The Motion stated, among other things, that objections to the Motion were to be filed and served so that they were actually received no later than **January 17, 2023 at 4:00 p.m. (Prevailing Eastern Time).**

3. The undersigned counsel hereby certifies that, as of the date hereof, no objections to the Motion have been received. Undersigned counsel further certifies that he has reviewed the dockets in these proceedings and the above-captioned case and, no answer, objection or other response to the Motion appears thereon.

4. In accordance with Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, this certificate is being filed at least forty-eight (48) hours after expiration of the deadline for parties to file and serve any answer, objection or response to the Motion.

5. The Trustee respectfully requests that the Court enter and order granting the Motion and approving the Settlement Agreements annexed to the Motion, and cancel the January 24, 2023 hearing that was scheduled to consider the Motion.

| | |
|---|---|
| Dated: New York, New York<br>January 19, 2023 | ALBERT TOGUT, not individually but solely in his capacity as Chapter 7 Trustee,<br>By His Attorneys,<br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>*/s/ Neil Berger*<br>NEIL BERGER<br>EITAN E. BLANDER<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 |